65 F.3d 162
 Farley Kerr
v.
Pennsylvania State Troopers Association, Glen A. Walp, Col.,
Commissioner of Pennsylvania State Police, Robert Einsel,
Lt. Col., Deputy Commissioner of Administration, Robert C.
Hickes, Lt. Col., Deputy Commissioner of Operations, Francis
T. Lynch, Lt. Col., Deputy Commissioner of Staff, Thomas
Coury, Capt. Department Discipline Officer
 NO. 94-2125
 United States Court of Appeals,
Third Circuit.
 July 27, 1995
 
 Appeal From: E.D.Pa., No. 93-cv-04816,
 Troutman, J.
 
 
 1
 AFFIRMED.